E. E. ANDREWS v. STATE.

No. A-377.   Opinion Filed March 7, 1911.

Appeal from Kiowa County Court; J. W. Mansell, Judge.

E. E. Andrews was convicted of violating the prohibitory law in the county court of Kiowa county, and he appeals.   Reversed.

Thos. W. Conner, for appellant.

PER CURIAM.   A careful examination of the record in this case shows that the proof does not sustain the verdict and the judgment of the trial court is reversed.